■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SMILEY, JR., Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Solon B. Hanft, Esq., 26 Court Street, Brooklyn, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE COLVIN EWING, JR., Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by respondent to dismiss appeal granted, and appeal dismissed. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MILTON LEVINE, Relator, v. ANNA M. KROSS, as Commissioner of Correction of the City of New York, et al., Defendants.— Application for a writ of habeas corpus denied. It clearly appears that the relator is imprisoned pursuant to a judgment of conviction and that his petition, verified December 6, 1960, for the writ, does not comply with section 1234 of the Civil Practice Act. Application denominated as one for a writ of mandamus, denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELESANO TROIANI, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent.— Motion by appellant for reconsideration of motion to dispense with printing, granted. On reconsideration, motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the Attorney-General. Appellant's time to perfect the appeal is enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Motion by appellant for assignment of counsel denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ JOSEPH ROSENFELD, Appellant, v. BARWEL MFG. CO., INC., et al., Respondents.— Respondents' oral motion, made on the calendar call, to dismiss the appeal, granted and appeal dismissed; there being no appearance for appellant and appellant having failed to comply with the order of this court, dated October 10, 1960, requiring him to perfect his appeal for the January 1961 Term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ ALLAN RUBIN, Appellant, v. ILA MANN, Respondent.— Motion by appellant to dispense with the printing of the 44 exhibits enumerated in the supporting affidavit, granted on condition that a copy of said exhibits not printed in the record, be served upon respondent's attorney either before or together with the printed record on appeal. The original exhibits shall be submitted to the court upon the argument of the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ MENASHI J. SALEH, Respondent, v. HERMAN J. KARP, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 9, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.